

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00370-CR

Robert Michael **RIDINGS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 486449
The Honorable Crystal D. Chandler, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 15, 2017.

Sandee Bryan Marion, Chief Justice